IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 21-mj-08156-JPO |
| BRODERICK BURR, ) | |
| Defendant. ) | |

### CRIMINAL COMPLAINT

I, Daniel M. Hajek, being duly sworn, declare and state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about August 2, 2021, in the District of Kansas, the defendant,

**Broderick Burr,**

did, by force, violence and intimidation, take from the person and presence of teller K.K.B., United States currency, belonging to and in the care, custody, control, management, and possession of Commerce Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

I, Special Agent Daniel M. Hajek, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since August of 2008. I am currently assigned to the Violent Crimes Squad within the Kansas City Division of the FBI, responsible for conducting bank robbery investigations.

This complaint is based on the following facts, which are known to me as a result of my

personal participation in the investigation, my conversations with law enforcement officers and from reports prepared by law enforcement officers:

1.   On August 2, 2021, a black male entered Commerce Bank, 1906 W 43rd Ave, Kansas City, Kansas, presented a threatening demand note, including information he was armed with a gun, and fled the bank with approximately $2,000 in U.S. currency. Based on a review of the security video, the black male matched the physical description of the same black male identified in a previous bank robbery on July 24, 2021 at Commerce Bank, 6705 Blue Ridge Blvd, Raytown, Missouri, which also included the presentation of a threatening note and the possession of a gun.

2.   On August 2, 2021, victim teller (KKB) was interviewed by SA Hajek and Detective Steven Lee, Kansas City (KS) Police Department, during which KKB described the bank robber as an African-American male, approximately 5'5" to 5'8" tall, with bald and short hair in his late 30's or 40's with thick scars on his left arm. KKB provided the bank robber with $2,000 in U.S. currency, consisting of all $20 bills.

3.   On August 3, 2021, members of the Kansas City (MO) Police Department (KCPD) conducted physical surveillance on 5043 College Ave, Kansas City, Missouri, identified as an address for Broderick Burr, date of birth (DOB) January 21, 1974, who had an active warrant out of Jackson County, Missouri for robbery. Upon positively identifying Burr at the residence, he was taken into custody and transported to KCPD East Patrol Division (EPD).

4.   On August 3, 2021, SA Hajek, FBI, and Detective Jacob Shroyer, KCPD, conducted a post-arrest interview of Burr at KCPD EPD, which was recorded. Prior to the interview, SA Hajek took photos of scars and tattoos on Burr's arms. Following the advisement of Miranda warning given by Detective Shroyer, Burr confessed to conducting the robbery at the

Commerce Bank, 1906 W 43rd Ave, Kansas City, Kansas, where he presented a note that included information he was armed with a gun and demanded money. Burr was provided with U.S. currency, consisting of all $20 bills.

5. Commerce Bank is insured by the Federal Deposit Insurance Corporation, certificate number 24998. The bank sustained a loss of approximately $2000.00.

The foregoing is true and correct to the best of my information and belief.

Daniel M. Hajek
Special Agent
Federal Bureau of Investigation

Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on August 4, 2021.

Honorable James P. O'Hara
United States Magistrate Judge
District of Kansas

**Penalties:**

**COUNT 1** – Bank Robbery 18 U.S.C. §§ 2113(a)

- NMT 20 years Imprisonment,
- NMT $250,000.00 fine,
- NMT 3 years S.R., and
- $100.00 Special Assessment.