# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.                               CASE NO.  21-20044-JAR-JPO

**BRODERICK L. BURR,**

       Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**BANK ROBBERY**
**[18 U.S.C. § 2113(a)]**

On or about August 2, 2021, in the District of Kansas, the defendant,

**BRODERICK L. BURR,**

by force, violence, and intimidation, took United States currency from the person and presence of an employee of Commerce Bank, 1906 West 43rd Avenue, Kansas City, Kansas, (hereinafter "the bank"), whose name is known by the Grand Jury and is identified herein as K.K.B. That currency belonged to and was in the care, custody,

1

control, management, and possession of the bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## **FORFEITURE NOTICE**

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count 1, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

> A. A forfeiture money judgment against the defendant in an amount equal to the gross proceeds obtained or derived by him from the commission of Count 1.

3. If any of the property described above, as a result of any act or omission of the defendant:

> A. cannot be located upon the exercise of due diligence;
>
> B. has been transferred or sold to, or deposited with, a third party;
>
> C. has been placed beyond the jurisdiction of the court;
>
> D. has been substantially diminished in value; or

E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

August 26, 2021           s/Foreperson
DATE          FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ David P. Zabel
David P. Zabel
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6708
Fax: (913) 551-6541
Email: david.zabel@usdoj.gov
Ks. S. Ct. No. 17887

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

**Count 1: 18 U.S.C. §§ 2113(a)**
      **Bank Robbery**

- Punishable by a term of imprisonment of not more than twenty (20) years.  18 U.S.C. § 2113(a).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.